WOODBURN AND WEDGE
Dane W. Anderson (NV SBN 6883)
6100 Neil Road, Suite 500
P. O. Box 2311
Reno, Nevada 89505
Telephone: 775-688-3000
danderson@woodburnandwedge.com

KELEHER & McLEOD, P.A.
Kurt Wihl (NM Bar No. 3083)
David W. Peterson (NM Bar No. 7242)
P. O. Box AA
Albuquerque, New Mexico 87103
Telephone: 505-346-4646W
kw@keleher-law.com
dwp@keleher-law.com

*Attorneys for Plaintiffs, Gerald Peters*
*Gallery, Inc. and Gerald Peters*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD PETERS GALLERY, INC., A New Mexico corporation, and GERALD PETERS, <br><br> Plaintiffs, <br><br> vs. <br><br> PETER STREMMEL, STREMMEL GALLERIES, LTD., a Nevada corporation, MIKE OVERBY, and COEUR D'ALENE ART AUCTION OF NEVADA, L.L.C., a Nevada corporation, <br><br> Defendants. | No. 3:17-cv-00273 MMD-VPC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (First Request)** |

Plaintiffs Gerald Peters and Gerald Peters Gallery, Inc., and Defendants Peter Stremmel, Stremmel Galleries, Ltd., Mike Overby, and and Coeur D'Alene Art Auction of Nevada, L.L.C., by and through their respective counsel of record, stipulate and agree as follows:

1

1. Defendants filed their motion for summary judgment on March 16, 2018. Doc. 52. The docket entry states that "Responses due by 4/6/2018", Friday.

2. Good cause exists to extend this deadline to Monday, April 9, 2018.

3. Pursuant to LR 26-4, good cause exists to extend this deadline. Defendants' motion for summary judgment totals 532 pages, including exhibits. Plaintiffs' counsel David W. Peterson will be out of the country the week beginning March 26, 2018 and Keleher & McLeod, P.A. will be closed March 30, 2018.

4. This is the first request to extend the deadline. The request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED**

| **KELEHER & McLeod, P.A.** | **GUNDERSON LAW FIRM** |
|---|---|

 /s/ David W. Peterson             Via email on 3/23/2018

Kurt Wihl
David W. Peterson
P.O. Box AA
Albuquerque, New Mexico 87103
Telephone: (505) 346-4646
kw@keleher-law.com
dwp@keleher-law.com

Mark H. Gunderson
Austin K. Sweet
3895 Warren Way
Reno, Nevada 89509
Telephone (775) 829-1222
mgunderson@gundersonlaw.com
asweet@gundersonlaw.com
*Attorneys for Defendants*

And

**WOODBURN AND WEDGE**
Dane W. Anderson
6100 Neil Road, Suite 500
P.O. Box 2311
Reno, Nevada 89505
Telephone: *775) 688-300
dandtgerson@woodburnandwedge.com
*Attorneys for Plaintiffs*

Dated: March 26, 2018

IT IS SO ORDERED.

_____
U.S. District Judge

2