UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| GERALD PETERS GALLERY, INC., *et al*, | Case No. 3:17-cv-00273-MMD-VPC |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| PETER STREMMEL, *et al*, | |
| Defendants. | |

The Court previously granted summary judgment in favor of Defendants on Plaintiffs' three claims, all premised on a finding that certain alleged statements were not actionable. (ECF No. 59.) The Ninth Circuit Court of Appeals has reversed and remanded. (ECF No. 75.) Accordingly, the Court's prior order granting Defendants' motion for summary judgment (ECF No. 59) is vacated as to that motion, and the corresponding Judgment in favor of Defendants (ECF No. 60) is also vacated. The parties are directed to file a status report within seven days to propose a schedule for this case to proceed to trial.

DATED THIS 15th day of June 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE