# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD PETERS GALLERY, INC., A New Mexico corporation, and GERALD PETERS,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER STREMMEL, STREMMEL GALLERIES, LTD., a Nevada corporation, MIKE OVERBY, and COEUR D'ALENE ART AUCTION OF NEVADA, L.L.C., a Nevada corporation,<br><br>Defendants.<br>_____/ | 3:17-cv-00273-LRH-VPC<br><br>**ORDER RE:**<br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiffs GERALD PETERS GALLERY, INC. ("GPG") and GERALD PETERS ("Peters") (together, GPG and Peters are referred to as the "Plaintiffs") and Defendants PETER STREMMEL ("Stremmel"), STREMMEL GALLERIES, LTD., a Nevada corporation ("Stremmel Galleries"), MIKE OVERBY ("Overby"), and COEUR D'ALENE ART AUCTION OF NEVADA, L.L.C., a Nevada limited liability company ("CDAA") (together, Stremmel, Stremmel Galleries, Overby, and CDAA are referred to as the "Defendants") (together, Plaintiffs and Defendants are referred to as the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

1. That pursuant to a settlement agreement between the Parties, all claims in this dispute are dismissed with prejudice; and

2. That all parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**

| **KELEHER & McLEOD, P.A.** | **GUNDERSON LAW FIRM** |
|---|---|
| /s/ Kurt Wihl | |
| Kurt Wihl, Esq. | Mark H. Gunderson, Esq. |
| David W. Peterson, Esq. | Austin K. Sweet, Esq. |
| P.O. Box AA | 3895 Warren Way |
| Albuquerque, New Mexico 87103 | Reno, Nevada 89509 |
| Telephone: (505) 346-4646 | Telephone: (775) 829-1222 |
| kw@keleher-law.com | mgunderson@gundersonlaw.com |
| | asweet@gundersonlaw.com |
| And | *Attorneys for Defendants* |
| **WOODBURN AND WEDGE** | |
| Dane W. Anderson, Esq. | |
| 6100 Neil Road, Suite 500 | |
| P.O. Box 2311 | |
| Reno, Nevada 89505 | |
| Telephone: (775) 688-3000 | |
| danderson@woodburnandwedge.com | |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED**

This 4th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

- 2 -